IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3096 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMARIO JAMES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's counsel of record, John C. Vanderslice and the Federal Public Defender's office, have moved to withdraw due to a potential conflict of interest. (Filing No. 55).  The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1)    The motion to withdraw filed by attorney John C. Vanderslice and the Office of the Federal Public Defender, (Filing No. 55), is granted.  Mr. Vanderslice shall promptly notify the defendant of the entry of this order.  The clerk shall delete Mr. Vanderslice and the Federal Public Defender's Office from any future ECF notifications herein.

(2)    The Federal Public Defender shall forthwith provide the  court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

(3)     The newly appointed counsel shall promptly file an entry of appearance
        on behalf of the defendant.

DATED this 27th day of August, 2008.

                            BY THE COURT:

                            *S/Richard G. Kopf*
                            United States District Judge

2